UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20074-CR-MOORE

UNITED STATES OF AMERICA,

        Plaintiff,
v.

ERICA ROMAN MORALES,

        Defendant.
_____/

## DEFENDANT'S SPEEDY TRIAL REPORT

COMES NOW Defendant, ERICA ROMAN MORALES, by and through the undersigned counsel, hereby submits her first Speedy Trial Report pursuant to Local Rule 88.5 (B).

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of the defendant's initial appearance on the charges, whichever occurs last.

2. The defendant made her initial appearance on February 6, 2023. The defendant was given a bond and undersigned counsel was appointed as CJA counsel for the defendant.

3. The Defendant was Indicted on February 16, 2023, and she was arraigned on the Indictment on February 28, 2023. This started the seventy-day period mandated by the Speedy Trial Act. *See*, 18 U.S.C. § 3161(c)(1). The time between February 6, 2023, and February 28, 2023, is excludable from the Speedy Trial clock pursuant to 18 U.S.C. §§ 3161(c)(1).

4. Based on the foregoing, the defendant's calculations as required by Local Rule 88.5(B)(3) is as follows:

    - Gross Time = 29 days    (i.e., time between the February 28, 2023 arraignment and the filing of this report on March 29, 2023)

---

Frank Schwartz, P.A., 100 Biscayne Blvd., Suite 1300, Miami, Florida 33132
Telephone (305) 379-5661 - Fax (305) 379-5687

- Excludable Time = 23 days (i.e., time between the February 6, 2023, initial appearance and the February 28, 2023 arraignment.)

-Net Time Remaining= 64 days

-Final Date: May 1, 2023

5.  It should be noted that this matter is currently set for trial during this Honorable Court's trial period beginning Monday, April 10, 2023, with a Calendar Call on April 6, 2023. The current trial setting is within the Speedy Trial period. Contemporaneously with the filing of this Speedy Trial Report, Defendant Roman Morales filed an unopposed motion to continue the current trial date. Any future trial date given because of Defendant's motion to continue the trial date will be time excludable under the Speedy Trial Act.

Based upon the foregoing, the defendant, ERICA ROMAN MORALES, submits her first speedy trial report.

Respectfully submitted,

BY: */s/ Frank Schwartz*
Frank Schwartz, Esquire
Florida Bar No. 120250

FRANK SCHWARTZ, P.A.
100 Biscayne Blvd., Suite 1300
Miami, Florida 33132
frank@fschwartzlaw.net
TEL: (305) 379-5661
FAX: (305) 379-5687

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2023, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to: Assistant United States Attorney Mitchell Hyman.

      Respectfully submitted,

BY: */s/ Frank Schwartz*
Frank Schwartz, Esquire