UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20074-CR-MOORE

UNITED STATES OF AMERICA,

        Plaintiff,
v.

ERICA ROMAN MORALES,

        Defendant.
_____/

## DEFENDANT'S SECOND SPEEDY TRIAL REPORT

COMES NOW Defendant, ERICA ROMAN MORALES, by and through the undersigned counsel, hereby submits her second Speedy Trial Report pursuant to Local Rule 88.5 (B).

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of the defendant's initial appearance on the charges, whichever occurs last.

2. The defendant made her initial appearance on February 6, 2023. The defendant was given a bond and undersigned counsel was appointed as CJA counsel for the defendant.

3. The Defendant was Indicted February 16, 2023, and she was arraigned on the Indictment on February 28, 2023. This started the seventy-day period mandated by the Speedy Trial Act. *See*, 18 U.S.C. § 3161(c)(1). The time between February 6, 2023, and February 28, 2023, is excludable from the Speedy Trial clock pursuant to 18 U.S.C. §§ 3161(c)(1).

4. Based on the foregoing, the defendant's calculations as required by Local Rule 88.5(B)(3) is as follows:

    - Gross Time = 59 days    (i.e., time between the February 28, 2023 arraignment and the filing of this report April 28, 2023)

- Excludable Time = 85 days
(i.e., time between the February 6, 2023 initial appearance and the February 28, 2023 arraignment (23 Days) and Defense Continuance of Trial Date from March 30, 2023 until Calendar Call May 3, 2023 (62 days).)

-Net Time Remaining= 63 days

-Final Date: July 1, 2023

5.      It should be noted that this matter is currently being scheduled for a change of plea hearing before the Honorable Magistrate Judge Louis and it is anticipated that the Defendant will enter her change of plea well before the expiration of the speedy trial in this matter.

Based upon the foregoing, the defendant, ERICA ROMAN MORALES, submits her second speedy trial report.

Respectfully submitted,

BY: ____/s/ Frank Schwartz_____
Frank Schwartz, Esquire
Florida Bar No. 120250

FRANK SCHWARTZ, P.A.
100 Biscayne Blvd., Suite 1300
Miami, Florida 33132
frank@fschwartzlaw.net
TEL: (305) 379-5661
FAX: (305) 379-5687

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to: Assistant United States Attorney Mitchell Hyman.

Respectfully submitted,

BY: ____*/s/ Frank Schwartz*_____
Frank Schwartz, Esquire

---

Frank Schwartz, P.A., 100 Biscayne Blvd., Suite 1300, Miami, Florida 33132
Telephone (305) 379-5661 - Fax (305) 379-5687